0-6460

NO OPINION
EVER ISSUED
BY THIS
NUMBER